# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GULLO, an individual, on behalf of himself and all other similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>KVS TRANSPORTATION, INC., A CALIFORNIA CORPORATION; and DOES 1 through 10, inclusive,<br><br>        Defendants. | 1:08-cv-00178 AWI TAG<br><br>NEW CASE NUMBER:<br><br>1:08-cv-00178 AWI DLB<br><br>ORDER DISQUALIFYING JUDGE AND ORDER REASSIGNING CASE |

    It appears to the undersigned, the Magistrate Judge to whom this case is presently assigned, that disqualification pursuant 28 U.S.C. § 455 is appropriate in this matter.

    It is therefore ORDERED that the undersigned HEREBY RECUSES herself as the Magistrate Judge to whom this case is assigned.

    It is FURTHER ORDERED that the Clerk of Court reassign this case to another Magistrate Judge for all further proceedings, making appropriate adjustments, if any, in the assignments of cases to compensate for such reassignment.  All further pleadings filed with this court shall use the following new case number: **1:08-cv-00178 AWI DLB**.

    Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:  **April 9, 2008**                            /s/ Theresa A. Goldner

1    _____                                                   UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28