Michael L. Tracy, State Bar No. 237779
Megan Ross Hutchins, State Bar No. 227776
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone: (949) 260-9171
Facsimile: (866)365-3051

Attorneys for Plaintiff,
MICHAEL GULLO

David J. Cooper, State Bar No. 47615
dcooper@kleinlaw.com
Jeffrey W. Noe, State Bar No. 167387
jnoe@kleinlaw.com
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: jnoe@kleinlaw.com

Attorneys for Defendant,
KVS TRANSPORTATION, INC.

FILED
APR 24 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| MICHAEL GULLO, et al., <br><br> Plaintiff, <br><br> v. <br><br> KVS TRANSPORTATION, INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  1:08-CV-00178-AWI-DLB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** <br><br> Complaint Filed: January 31, 2008 <br> Trial Date: September 29, 2009 |

1  IT IS HEREBY STIPULATED by and between Michael Gullo and KVS
2  Transportation, Inc., through their designated counsel, that the above-entitled action, in
3  its entirety (including all complaints and claims), be and hereby is dismissed *with*
4  *prejudice* pursuant to Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure.
5  Each party shall bear his or its own respective costs and expenses, including
6  attorneys' fees, incurred in connection with this action.

DATED: 3-31, 2009          LAW OFFICES OF MICHAEL L. TRACY

By: _____
MEGAN ROSS HUTCHINS
Attorneys for Michael Gullo

DATED: April 10, 2009      KLEIN, DeNATALE, GOLDNER,
                            COOPER, ROSENLIEB & KIMBALL, LLP

By: _____
JEFFREY W. NOE
Attorneys for KVS Transportation, Inc.

It is so Ordered. Dated: 4-29-09

_____
United States District Judge